HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
ANTHONY GORDAN LIEGL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 13-mj-375-CKD |
| Plaintiff, | ) ) ) | STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PRELIMINARY HEARING AND EXCLUDE TIME |
| v. | ) ) | |
| ANTHONY GORDAN LIEGL, | ) ) | DATE:   July 23, 2014 |
| Defendants. | ) ) ) | TIME:   2:00 p.m. JUDGE:  Hon. Carolyn K. Delaney |

Plaintiff, United States of America, by and through Assistant United States Attorney JASON HITT and Defendant ANTHONY GORDAN LIEGL, individually and by his counsel of record, Assistant Federal Defender BENJAMIN GALLOWAY, hereby stipulate to continue the Preliminary Hearing set for June 11, 2014 to July 23, 2014, at 2:00 p.m.

The parties agree that the time beginning from the date of this stipulation extending through July 23, 2014, should be excluded from the calculation of time under the Speedy Trial Act. Further, the Defendant consents to an extension of the time for a Preliminary Hearing until July 23, 2014, Fed.R.Crim.P. 5.1(d). The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv). In particular, the time is required so that the parties can conduct investigation and discuss a proposed disposition. The defendant consents to this continuance.

The parties stipulate that this interest of justice outweighs the interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(b) and (h)(7)(A), and further that this good cause outweighs the public's interest in the prompt disposition of criminal cases. Fed.R.Crim.P. 5.1(d).

Dated:  June 9, 2014                                         Respectfully submitted,

                                              HEATHER E. WILLIAMS
                                              Federal Public Defender

                                              */s/ Benjamin Galloway*
                                              BENJAMIN GALLOWAY
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              ANTHONY GORDAN LIEGL

Dated: June 9, 2014                                          BENJAMIN WAGNER
                                              United States Attorney

                                              */s/ Jason Hitt*
                                              JASON HITT
                                              Assistant U.S. Attorney
                                              Attorney for Plaintiff

### **ORDER**

The Court has read and considered the Stipulation for the Extension of Time for Preliminary Hearing pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the Preliminary Hearing date, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' Stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would not adversely affect the public's interest in the prompt disposition of criminal cases.

1 THEREFORE, FOR GOOD CAUSE SHOWN:

2 1. The date of the Preliminary Hearing is extended to July 23, 2014, at 2:00 p.m.

3 2. This time between June 11, 2014 and July 23, 2014 shall be excluded from the calculation pursuant to 18 U.S.C. §3161(h)(7)(A) and Federal Rule of Criminal Procedure 5.1(d).

3. The defendant shall appear on July 23, 2014 before the Magistrate Judge on duty.

IT IS SO ORDERED.

Dated: June 10, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

*United States v. Liegl*
Stipulation and Order

-3-