HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
ANTHONY GORDAN LIEGL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:13-mj-375-CKD |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND TIME FOR PRELIMINARY HEARING AND EXCLUDE TIME |
| v. | |
| ANTHONY GORDAN LIEGL, | |
| Defendants. | DATE: December 17, 2014<br>TIME: 2:00 p.m.<br>JUDGE: Hon. Alison Claire |

Plaintiff, United States of America, by and through Assistant United States Attorney JASON HITT and Defendant ANTHONY GORDAN LIEGL, individually and by his counsel of record, Assistant Federal Defender BENJAMIN GALLOWAY, hereby stipulate to continue the Preliminary Hearing set for October 23, 2014, to December 17, 2014 at 2:00 p.m.

The parties agree that the time beginning from the date of this stipulation extending through December 17, 2014, should be excluded from the calculation of time under the Speedy Trial Act.  Further, the Defendant consents to an extension of the time for a Preliminary Hearing until December 17, 2014, Fed.R.Crim.P. 5.1(d).  The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv).  In particular, the time is required so that the parties can conduct investigation and discuss a proposed disposition.  The defendant consents to this continuance.

The parties stipulate that this interest of justice outweighs the interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(b) and (h)(7)(A), and further that this good cause outweighs the public's interest in the prompt disposition of criminal cases. Fed.R.Crim.P. 5.1(d).

Dated: October 21, 2014                                    Respectfully submitted,

                                                                               HEATHER E. WILLIAMS
                                                                               Federal Public Defender

                                                                               */s/ Benjamin Galloway*
                                                                               BENJAMIN GALLOWAY
                                                                               Assistant Federal Defender
                                                                               Attorney for Defendant
                                                                               ANTHONY GORDAN LIEGL

Dated: Ocotber 21, 2014                                    BENJAMIN WAGNER
                                                                               United States Attorney

                                                                               */s/ Jason Hitt*
                                                                               JASON HITT
                                                                               Assistant U.S. Attorney
                                                                               Attorney for Plaintiff

## **ORDER**

The Court has read and considered the Stipulation for the Extension of Time for Preliminary Hearing pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the Preliminary Hearing date, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' Stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would not adversely affect the public's interest in the prompt disposition of criminal cases.

///

///

///

Stipulation and Order

1  THEREFORE, FOR GOOD CAUSE SHOWN:

2      1.  The date of the Preliminary Hearing is extended to December 17, 2014, at 2:00 p.m.

3      2. This time between October 23, 2014, and December 17, 2014, shall be excluded from

4  the calculation pursuant to 18 U.S.C. §3161(h)(7)(A) and Federal Rule of Criminal Procedure

5  5.1(d).

6      3.  The defendant shall appear on December 17, 2014, before the Magistrate Judge on

7  duty.

8  IT IS SO ORDERED.

9  Dated:  October 22, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

*United States v. Liegl*     -3-
Stipulation and Order