HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
ANTHONY GORDAN LIEGL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:13-mj-375-CKD |
| Plaintiff, | ) ) | STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME FOR PRELIMINARY |
| v. | ) ) | HEARING AND EXCLUDE TIME |
| ANTHONY GORDAN LIEGL, | ) ) | |
| Defendants. | ) ) ) | DATE:        March 18, 2015 TIME:        2:00 p.m. JUDGE:      Hon. Dale A. Drozd |
| | ) | |

Plaintiff, United States of America, by and through Assistant United States Attorney JASON HITT and Defendant ANTHONY GORDAN LIEGL, individually and by his counsel of record, Assistant Federal Defender BENJAMIN GALLOWAY, hereby stipulate to continue the Preliminary Hearing set for February 25, 2015 to March 18, 2015 at 2:00 p.m.

The parties agree that the time beginning from the date of this stipulation extending through March 18, 2015, should be excluded from the calculation of time under the Speedy Trial Act. Further, the Defendant consents to an extension of the time for a Preliminary Hearing until March 18, 2015, Fed.R.Crim.P. 5.1(d). The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv). In particular, the time is required so that the parties can conduct investigation and discuss a proposed disposition. The defendant consents to this continuance.

1    The parties stipulate that this interest of justice outweighs the interest of the public and

2    the defendant in a speedy trial, 18 U.S.C. § 3161(b) and (h)(7)(A), and further that this good

3    cause outweighs the public's interest in the prompt disposition of criminal cases.  Fed.R.Crim.P.

4    5.1(d).

5    Dated: February 23, 2015                    Respectfully submitted,

6                                                HEATHER E. WILLIAMS
                                                 Federal Public Defender
7
                                                 */s/ Benjamin Galloway*
8                                                BENJAMIN GALLOWAY
                                                 Assistant Federal Defender
9                                                Attorney for Defendant
                                                 ANTHONY GORDAN LIEGL
10

11   Dated: February 23, 2015                    BENJAMIN WAGNER
                                                 United States Attorney
12
                                                 */s/ Jason Hitt*
13                                               JASON HITT
                                                 Assistant U.S. Attorney
14                                               Attorney for Plaintiff

15

16                                           **ORDER**

17   The Court has read and considered the Stipulation for the Extension of Time for

18   Preliminary Hearing pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this

19   matter.  The Court hereby finds that the Stipulation, which this Court incorporates by reference

20   into this Order, demonstrates good cause for an extension of time for the Preliminary Hearing

21   date, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

22   Furthermore, for the reasons set forth in the parties' Stipulation, the Court finds that the

23   interests of justice served by granting this continuance outweigh the best interests of the public

24   and defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  The Court further finds that the

25   extension of time would not adversely affect the public's interest in the prompt disposition of

26   criminal cases.

27   ///

28

*United States v. Liegl*          -2-
Stipulation and Order

THEREFORE, FOR GOOD CAUSE SHOWN:

1.  The date of the Preliminary Hearing is extended to March 18, 2015, at 2:00 p.m.

2. This time between February 23, 2015 and March 18, 2015 shall be excluded from the calculation pursuant to 18 U.S.C. §3161(h)(7)(A) and Federal Rule of Criminal Procedure 5.1(d).

3.  The defendant shall appear on March 18, 2015 before the Magistrate Judge on duty.


IT IS SO ORDERED.


Dated: February 23, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE