HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
ANTHONY GORDAN LIEGL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                   )<br>                         Plaintiff,  )<br>                                                   )<br>v.                                              )<br>                                                   )<br>ANTHONY GORDAN LIEGL,  )<br>                                                   )<br>                         Defendants.  )<br>                                                   )<br>                                                   ) | NO. 2:13-mj-375-CKD<br><br>STIPULATION AND ORDER<br>TO EXTEND TIME FOR PRELIMINARY<br>HEARING AND EXCLUDE TIME<br><br>DATE:       June 3, 2015<br>TIME:       2:00 p.m.<br>JUDGE:     Hon. Edmund F. Brennan |

Plaintiff, United States of America, by and through Assistant United States Attorney JASON HITT and Defendant ANTHONY GORDAN LIEGL, individually and by his counsel of record, Assistant Federal Defender BENJAMIN GALLOWAY, hereby stipulate to continue the Preliminary Hearing set for April 22, 2015 to June 3, 2015 at 2:00 p.m.

In particular, the time is required so that the parties can conduct investigation and discuss a proposed disposition. The defendant consents to this continuance.

The parties agree that the time beginning from the date of this stipulation extending through June 3, 2015, should be excluded from the calculation of time under the Speedy Trial Act. Further, the Defendant consents to an extension of the time for a Preliminary Hearing until April 22, 2015, Fed.R.Crim.P. 5.1(d). The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv). The

1    parties stipulate that this interest of justice outweighs the interest of the public and the defendant

2    in a speedy trial, 18 U.S.C. § 3161(b) and (h)(7)(A), and further that this good cause outweighs

3    the public's interest in the prompt disposition of criminal cases.  Fed.R.Crim.P. 5.1(d).

4    Dated: April 20, 2015                              Respectfully submitted,

5                                                                       HEATHER E. WILLIAMS
                                                                            Federal Public Defender
6
                                                                            */s/ Benjamin Galloway*
7                                                                       BENJAMIN GALLOWAY
                                                                            Assistant Federal Defender
8                                                                       Attorney for Defendant
                                                                            ANTHONY GORDAN LIEGL
9

10   Dated: April 20, 2015                              BENJAMIN WAGNER
                                                                            United States Attorney
11
                                                                            */s/ Jason Hitt*
12                                                                      JASON HITT
                                                                            Assistant U.S. Attorney
13                                                                      Attorney for Plaintiff

14

15                                                **ORDER**

16        The Court has read and considered the Stipulation for the Extension of Time for

17   Preliminary Hearing pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this

18   matter.  The Court hereby finds that the Stipulation, which this Court incorporates by reference

19   into this Order, demonstrates good cause for an extension of time for the Preliminary Hearing

20   date, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

21        Furthermore, for the reasons set forth in the parties' Stipulation, the Court finds that the

22   interests of justice served by granting this continuance outweigh the best interests of the public

23   and defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  The Court further finds that the

24   extension of time would not adversely affect the public's interest in the prompt disposition of

25   criminal cases.

26   ///

27   THEREFORE, FOR GOOD CAUSE SHOWN:

28

1. The date of the Preliminary Hearing is extended to June 3, 2015, at 2:00 p.m.

2. This time between April 22, 2015, and June 3, 2015, shall be excluded from the calculation pursuant to 18 U.S.C. §3161(h)(7)(A) and Federal Rule of Criminal Procedure 5.1(d).

3. The defendant shall appear on June 3, 2015, before the Magistrate Judge on duty.

IT IS SO ORDERED.

Dated:  April 21, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE