```
HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
ANTHONY GORDAN LIEGL
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ANTHONY GORDAN LIEGL, <br><br> Defendants. | NO. 2:13-mj-375-CKD <br><br> STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME FOR PRELIMINARY HEARING AND EXCLUDE TIME <br><br> DATE:  July 16, 2015 <br> TIME:  2:00 p.m. <br> JUDGE: Hon. Allison Claire |

Plaintiff, United States of America, by and through Assistant United States Attorney JASON HITT and Defendant ANTHONY GORDAN LIEGL, individually and by his counsel of record, Assistant Federal Defender BENJAMIN GALLOWAY, hereby stipulate to continue the Preliminary Hearing set for June 3, 2015 to July 16, 2015 at 2:00 p.m.

In particular, the time is required so that the parties can conduct investigation and discuss a proposed disposition. The defendant consents to this continuance.

The parties agree that the time beginning from the date of this stipulation extending through July 16, 2015, should be excluded from the calculation of time under the Speedy Trial Act. Further, the Defendant consents to an extension of the time for a Preliminary Hearing until July 16, 2015, Fed.R.Crim.P. 5.1(d). The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv). The

parties stipulate that this interest of justice outweighs the interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(b) and (h)(7)(A), and further that this good cause outweighs the public's interest in the prompt disposition of criminal cases. Fed.R.Crim.P. 5.1(d).

Dated: June 2, 2015                                                    Respectfully submitted,

                                                              HEATHER E. WILLIAMS
                                                              Federal Public Defender

                                                              */s/ Benjamin Galloway*
                                                              BENJAMIN GALLOWAY
                                                              Assistant Federal Defender
                                                              Attorney for Defendant
                                                              ANTHONY GORDAN LIEGL

Dated: June 2, 2015                                                    BENJAMIN WAGNER
                                                              United States Attorney

                                                              */s/ Jason Hitt*
                                                              JASON HITT
                                                              Assistant U.S. Attorney
                                                              Attorney for Plaintiff

## **ORDER**

The Court has read and considered the Stipulation for the Extension of Time for Preliminary Hearing pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the Preliminary Hearing date, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' Stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the interests of the public and defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would not adversely affect the public's interest in the prompt disposition of criminal cases.

///

///

1  THEREFORE, FOR GOOD CAUSE SHOWN:

2      1. The date of the Preliminary Hearing is extended to July 16, 2015, at 2:00 p.m.

3      2. This time between June 3, 2015 and July 16, 2015 shall be excluded from the calculation pursuant to 18 U.S.C. §3161(h)(7)(A) and Federal Rule of Criminal Procedure 5.1(d).

6      3. The defendant shall appear on July 16, 2015 before the Magistrate Judge on duty.

7  IT IS SO ORDERED.

8  Dated:  June 2, 2015.

        EDMUND F. BRENNAN
        UNITED STATES MAGISTRATE JUDGE