HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
ANTHONY GORDAN LIEGL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:13-mj-375-CKD |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PRELIMINARY HEARING AND EXCLUDE TIME |
| v. | |
| ANTHONY GORDAN LIEGL, | |
| Defendant. | DATE: September 24, 2015<br>TIME: 2:00 p.m.<br>JUDGE: Hon. Allison Claire |

Plaintiff, United States of America, by and through Assistant United States Attorney JASON HITT and Defendant ANTHONY GORDAN LIEGL, individually and by his counsel of record, Assistant Federal Defender BENJAMIN GALLOWAY, hereby stipulate to continue the Preliminary Hearing set for August 13, 2015 to September 24, 2015 at 2:00 p.m.

The parties agree that the above reason constitutes good cause to extend the time for preliminary hearing under Fed. R. Crim. P. 5.1, and that the Court should extend the time within which the government must file an indictment to October 8, 2015.

The parties stipulate that the ends of justice served by granting the defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4).

Dated: August 12, 2015                              Respectfully submitted,

                                                      HEATHER E. WILLIAMS
                                                    Federal Public Defender

                                                    */s/ Benjamin Galloway*
                                                    BENJAMIN GALLOWAY
                                                    Assistant Federal Defender

                                                    Attorney for Defendant
                                                    ANTHONY GORDAN LIEGL

Dated: August 12, 2015                              BENJAMIN WAGNER
                                                    United States Attorney

                                                    */s/ Jason Hitt*
                                                    JASON HITT
                                                    Assistant U.S. Attorney
                                                    Attorney for Plaintiff

## **O R D E R**

      Finding good cause, the Court orders the preliminary hearing continued to September 24, 2015, at 2:00 p.m., before the Hon. Allison Claire; and, time excluded for the reasons set forth above. The Court finds that the ends of justice served by granting the defendant's request for a continuance outweigh the interest of the public and the defendant in a speedy trial.

DATED: August 12, 2015

                                                    HON. EDMUND F. BRENNAN
                                                    United States Magistrate Judge