HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
ANTHONY GORDAN LIEGL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:13-mj-375-CKD |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [~~PROPOSED~~] ORDER |
| | ) | TO EXTEND TIME FOR PRELIMINARY |
| v. | ) | HEARING AND EXCLUDE TIME |
| | ) | |
| ANTHONY GORDAN LIEGL, | ) | |
| | ) | DATE:      September 24, 2015 |
| Defendant. | ) | TIME:      2:00 p.m. |
| | ) | JUDGE:    Hon. Alison Claire |
| | ) | |

Plaintiff, United States of America, by and through Assistant United States Attorney JASON HITT and Defendant ANTHONY GORDAN LIEGL, individually and by his counsel of record, Assistant Federal Defender BENJAMIN GALLOWAY, hereby stipulate to continue the Preliminary Hearing set for September 24, 2015 to November 5, 2015 at 2:00 p.m.

The parties stipulate that the delay is required to allow the defense reasonable time for preparation and review of the evidence, for the government's continuing investigation of the case, and for the parties to evaluate the evidence and consider the possibility of a pre-indictment resolution of the case via an information and an agreed upon plea deal.

The parties further stipulate that the ends of justice served by granting the defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7), (Local Code T4).

1    Dated: September 23, 2015                Respectfully submitted,

2                                            HEATHER E. WILLIAMS
                                             Federal Public Defender
3
                                             */s/ Benjamin Galloway*
4                                            BENJAMIN GALLOWAY
                                             Assistant Federal Defender
5
                                             Attorney for Defendant
6                                            ANTHONY GORDAN LIEGL

7

8    Dated: September 23, 2015                BENJAMIN WAGNER
                                             United States Attorney
9
                                             */s/ Jason Hitt*
10                                           JASON HITT
                                             Assistant U.S. Attorney
11                                           Attorney for Plaintiff

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order                        -2-

1

2                                              **O R D E R**

3          Finding good cause, the Court orders the preliminary hearing continued to November 5,

4   2015, at 2:00 p.m., before the Hon. Edmund F. Brennan; and, time excluded for the reasons set

5   forth above.  The Court finds that the ends of justice served by granting the defendant's request

6   for a continuance outweigh the best interest of the public and the defendant in a speedy trial.

7   DATED: September 23, 2015

8

9                                              _____

10                                             ALLISON CLAIRE
                                               UNITED STATES MAGISTRATE JUDGE
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28