HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
ANTHONY GORDAN LIEGL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>  Plaintiff, <br><br> v. <br><br> ANTHONY GORDAN LIEGL, <br><br>  Defendant. | NO. 2:13-mj-375-CKD <br><br> STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME FOR PRELIMINARY HEARING AND EXCLUDE TIME <br><br> DATE:  November 5, 2015 <br> TIME:  2:00 p.m. <br> JUDGE: Hon. Edmund F. Brennan |

Plaintiff, United States of America, by and through Assistant United States Attorney JASON HITT and Defendant ANTHONY GORDAN LIEGL, individually and by his counsel of record, Assistant Federal Defender BENJAMIN GALLOWAY, hereby stipulate to continue the Preliminary Hearing set for November 5, 2015 to January 14, 2016 at 2:00 p.m.

The parties stipulate that the delay is required to allow the defense reasonable time for preparation and review of the evidence, for the government's continuing investigation of the case, and for the parties to evaluate the evidence and consider the possibility of a pre-indictment resolution of the case via an information and an agreed upon plea deal.

The parties further stipulate that the ends of justice served by granting the defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7), (Local Code T4).

| | |
|---|---|
| Dated: November 3, 2015 | Respectfully submitted, |
| | HEATHER E. WILLIAMS<br>Federal Public Defender |
| | */s/ Benjamin Galloway*<br>BENJAMIN GALLOWAY<br>Assistant Federal Defender |
| | Attorney for Defendant<br>ANTHONY GORDAN LIEGL |
| Dated: November 3, 2015 | BENJAMIN WAGNER<br>United States Attorney |
| | */s/ Jason Hitt*<br>JASON HITT<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

Stipulation and Order            -2-

**O R D E R**

Finding good cause, the Court orders the preliminary hearing continued to January 14, 2016, at 2:00 p.m., before the Hon. Edmund F. Brennan; and, time excluded for the reasons set forth above. The Court finds that the ends of justice served by granting the defendant's request for a continuance outweigh the interest of the public and the defendant in a speedy trial.

DATED: November 3, 2015

_____
HON. EDMUND F. BRENNAN
United States Magistrate Judge