1  BENJAMIN B. WAGNER
   United States Attorney
2  JASON HITT
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,         | CASE NO. 2:13-MJ-0375 CKD

12 |              Plaintiff,            | GOVERNMENT'S MOTION TO DISMISS
                                         CRIMINAL COMPLAINT AND [PROPOSED]
13 |         v.                         | ORDER

14 | ANTHONY LIEGL,

15 |              Defendant.

16

17     The United States of America, through its attorney of record, Assistant U.S. Attorney Jason Hitt,

18 hereby moves for an order dismissing the Indictment against defendant Anthony LIEGL in Case No.

19 2:13-MJ-0375 CKD pursuant to Federal Rule of Criminal Procedure 48(a).

20     The government brings this motion in the interests of justice based upon the likely resolution of

21 this case to entry of plea to an Information. Accordingly, the undersigned respectfully moves to dismiss

22 the Indictment against this defendant in the interests of justice pursuant to Rule 48(a) without prejudice

23 to the filing of an Information or later charging document.

24                                           BENJAMIN B. WAGNER
                                             United States Attorney
25

26 Dated: January 11, 2016              /s/ Jason Hitt
                                         JASON HITT
27                                       Assistant United States Attorney

28

                                          1

**O R D E R**

For the reasons set forth in the motion to dismiss the Indictment filed by the United States, IT IS HEREBY ORDERED that the Indictment in Case No. 2:13-MJ-0375 CKD is hereby DISMISSED pursuant to Federal Rule of Criminal Procedure 48(a) without prejudice.

DATED: January 12, 2016.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE