HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
ANTHONY GORDON LIEGL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-mj-375 CKD |
| Plaintiff, | [PROPOSED] ORDER TO EXONERATE BOND |
| v. | |
| ANTHONY GORDON LIEGL, | |
| Defendant. | |

The Court finds that Anthony Gordon Liegl was released pursuant to a $65,000.00 real property appearance bond. *See* CR 8.

On January 12, 2016 Honorable Edmund F. Brennan signed an order granting Plaintiff's Motion to Dismiss the Criminal Complaint, as to Anthony Gordon Liegl, pursuant to Federal Rule of Criminal Procedure 48(a) without prejudice. *See* CR 52.

Therefore, it is hereby ORDERED that the $65,000.00 property bond posted in this case is ordered exonerated and the Clerk of the Court is directed to reconvey to the surety, Anthony Gordon Liegl. *See* CR 12.

Dated: February 4, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE